**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400　　　　60 East 42nd Street, 46th Floor
St. Paul, MN 55121　　　　　　　　　　　New York, NY 10165
651-406-9665　　　　　　　　　　　　　212-267-7342

| | |
|---|---|
| Defendant: | **HMM (America), Inc. fdba H.M.M. Co., Inc.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $302,593.00 | 4/7/2023 | WeekEnd:2/8/2023 | 2/8/2023 | $28,500.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $302,593.00 | 4/7/2023 | WeekEnd:2/1/2023 | 2/1/2023 | $274,093.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $318,073.00 | 3/17/2023 | WeekEnd:1/18/2023 | 1/18/2023 | $318,073.00 |

| | | | |
|---|---|---|---|
| **Totals:** | **2 transfer(s),** | **$620,666.00** | |